Bill COBB, Respondent,

v.

Carol A. COBB, Appellant.

No. WD 34705.

Missouri Court of Appeals, Western District.

July 31, 1984.

Clifford S. Brown, Daniel Bukovac, Kansas City, for appellant.

Andrew J. Gelbach, Warrensburg, for respondent.

Before LOWENSTEIN, P.J., and MANFORD and BERREY, JJ.

ORDER

PER CURIAM.

Appeal from a decree of dissolution. Affirmed. Rule 84.16(b).